| | |
|---|---|
| **From:** | Lindsey, Kayla on behalf of Lindsey, Kayla <klindsey@sompo-intl.com> |
| **To:** | Wells, Jami |
| **Subject:** | Re: Two Year Out List |
| **Date:** | Friday, December 12, 2025 8:09:37 AM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Got it. Yes, our system does the exact same thing so your list will help a lot.

Get Outlook for iOS

**From:** Wells, Jami <jwells@proag.com>
**Sent:** Friday, December 12, 2025 8:08:17 AM
**To:** Lindsey, Kayla <klindsey@sompo-intl.com>
**Subject:** Re: Two Year Out List

EXTERNAL SENDER

Yeah, I created it. Our system flags every withdrawal and replant. If I count those, some years I get pretty limited on what I can work. And agents have to turn claims in for APH appraisals and bin measurements

ProAg® is an equal opportunity provider.

**From:** Lindsey, Kayla <klindsey@sompo-intl.com>
**Sent:** Friday, December 12, 2025 8:06:19 AM
**To:** Wells, Jami <jwells@proag.com>
**Cc:** Jami Wells <jamirott@yahoo.com>
**Subject:** Re: Two Year Out List

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good deal! Did you create that list? I can't remember if you told me or not. That will help tremendously next year.

Get Outlook for iOS

**From:** Wells, Jami <jwells@proag.com>
**Sent:** Thursday, December 11, 2025 10:50:18 PM
**To:** Wells, Jami <jwells@proag.com>

**EXHIBIT A**

**Cc:** Lindsey, Kayla <klindsey@sompo-intl.com>; Jami Wells <jamirott@yahoo.com>
**Subject:** Two Year Out List

EXTERNAL SENDER

Doesn't look like we'll have to worry about any for 2026

**JAMI WELLS**
Crop Adjuster, ProAg
Toll Free: (800) 366-2767
Cell:  (785) 799-7823
www.ProAg.com

ProAg® is an equal opportunity provider.

A member of the Tokio Marine HCC group of companies. Tokio Marine HCC is the marketing name used to describe the affiliated companies under the common ownership of HCC Insurance Holdings, Inc. ProAg's products are underwritten by Producers Agriculture Insurance Company and Producers Lloyds Insurance Company. For more information about ProAg, please visit http://www.proag.com. This email message (including any attachments) contains confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or have otherwise received this email in error, please contact the sender by reply email and permanently destroy all copies of the original message and any attachments.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

A member of the Tokio Marine HCC group of companies. Tokio Marine HCC is the marketing name used to describe the affiliated companies under the common ownership of HCC Insurance Holdings, Inc. ProAg's products are underwritten by Producers Agriculture Insurance Company and Producers Lloyds Insurance Company. For more information about ProAg, please visit http://www.proag.com. This email message (including any attachments) contains confidential information and is for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient or have otherwise received this email in error, please contact the sender by reply email and permanently destroy all copies of the original message and any attachments.