# Exhibit D
# Provisionally filed under seal