# Receipt & Acknowledgement
# of Pro Ag Employee Manual

This Employee Manual is an important document intended to help you become acquainted with Pro Ag. This Manual will serve as a guide; it is not the final word in all cases. Individual circumstances may call for individual attention.

Because the general business atmosphere of Pro Ag and economic conditions are always changing, the contents of this Manual may be changed at any time at the discretion of Pro Ag. No changes in any benefit, policy or rule will be made without due consideration of the mutual advantages, disadvantages, benefits and responsibilities such changes will have on you as an employee and on Pro Ag.

Please read the following statements and sign below to indicate your receipt and acknowledgement of the Pro Ag Employee Manual.

* I have received and read a copy of the Pro Ag Employee Manual. I understand that the policies, rules and benefits described in it are subject to change at the sole discretion of Pro Ag at any time.
* I further understand my employment is terminable at will, either by myself or Pro Ag, regardless of the length of my employment or the granting of benefits of any kind.
* I understand that no contract of employment other than "at will" has been expressed or implied, and that no circumstances arising out of my employment will alter my "at will" employment relationship unless expressed in writing, with the understanding specifically set forth and signed by myself and the President of Pro Ag.
* I am aware that during the course of my employment confidential information will be made available to me, i.e., product designs, marketing strategies, customer lists, pricing policies and other related information. I understand that this information is critical to the success of Pro Ag and must not be given out to non-Pro Ag employees. In the event of termination of employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.
* I understand that, should the content be changed in any way, Pro Ag may require an additional signature from me to indicate that I am aware of and understand any new policies.
* I understand that my signature below indicates that I have read and understand the above statements and have received a copy of the Pro Ag Employee Manual.

_Jami Ridder_                           _Jami Ridder_
Employee's Printed Name                 Employee's Signature

Manager's Signature _____     _____ Date

7



EXHIBIT H