

November 18, 2025

Jamie Wells
12250 NW Hwy 169
Union Star, MO 64494

Dear Jami,

We are delighted to offer you employment with Endurance Services Limited (the "Company"), a wholly owned subsidiary of Sompo International Holdings Ltd. The terms and conditions of your proposed employment with the Company are set out below.

**Position Offered**
You will commence employment at the Company as **Senior Adjuster** reporting to **Kayla Lindsey, Area Claims Supervisor.**

The position will be based in your **home** located at **12250 NW Hwy 169**, **Union Star, MO 64494** with travel as may be directed by the Company.

**Commencement of Employment**
Your employment with the Company will commence on a date mutually determined by you and the Company after your written acceptance of this offer.  You are expected to devote your time, skill, and attention to your duties and responsibilities and shall perform them faithfully, diligently, and competently.

**Compensation**
Your total target compensation is a combination of base salary and an annual incentive, with details of each component as set forth below.

**Base Salary:** Your position is classified as a **Band 2** in our compensation structure.  You will receive a base salary of **$87,100** per year, less applicable withholding and authorized deductions, subject to annual review or at other such time as may be determined at the sole discretion of the Company.  Employees are paid on the 15th and on the last day of each month in accordance with the Company's normal payroll schedule.  If a payday falls on a weekend or Company holiday, then the payment will be made on the prior business day.  You will be eligible for a compensation review beginning with your performance related to the **2026** Plan Year.

Your position is exempt and, therefore, you will not be entitled to premium pay for overtime work.

**Annual Incentive Plan**
Your Annual Incentive Plan (AIP) target will be **5.00%** of your base salary.  This target percentage will be adjusted annually from 0% to 150% based on the Company's performance and your actual AIP award will also vary based on your individual performance, both as determined at the discretion of the Company.  AIP awards are generally paid during the first quarter following the Plan Year.  In order to receive an AIP award, you must be employed by the Company on the date the awards are

1





paid. You understand and agree that no AIP award shall be earned by you until paid to you and that the Company is not obligated to pay any AIP award to any person who is not an employee of the Company as of the date such awards are paid to Company employees. You will be eligible for an AIP award beginning with your performance for the **2026** Plan Year. The Company incentive plans are subject to change or termination at any time at the Company's sole discretion.

**Other Compensation**
You will receive a cash signing bonus in the amount of **$25,000** less applicable withholding and deductions, upon your joining the Company. Should you terminate your employment with the Company or any subsidiary or affiliate of the Company, or in the event you are discharged for Cause, in either case within the twelve (12) months following the date you receive your payment, you agree to reimburse the Company for the total gross amount of the cash signing bonus you received within **30** days following your final day of employment.

In this letter, the term "for Cause" shall mean (i) any intentional act of fraud, embezzlement or theft by you in connection with or in the course of your employment or your admission or conviction of, or plea of nolo contendere to, (x) a felony or (y) any crime involving moral turpitude, fraud, embezzlement, theft or misrepresentation; (ii) your gross negligence or willful misconduct, resulting in a loss to the Company or any of its subsidiaries or affiliates or (iii) any violation by you of any statutory or common law duty of loyalty to the Company or any of its subsidiaries or affiliates.

**Benefits**
Upon joining the Company, you will also receive a package of benefits generally available to employees, including health insurance, short-term and long-term disability insurance, life insurance, and a 401(k) plan. You will receive **twenty-five (25) days of paid time off** annually (prorated in your first year of service), which amount may be adjusted upward or downward at the Company's discretion. Unused available paid time off, prorated through the termination date, will be paid out upon termination of employment.

Your eligibility for any employee benefit programs provided by the Company are subject to the terms and conditions of such plans and in the event of any discrepancy between the plan documents and the terms described in this letter, the terms of the plan documents shall control. All employee benefit plans (and your specific employee benefits) are subject to change or termination at the sole discretion of the Company.

**Employee At Will**
Please note that you will be joining the Company as an employee at will. Either the Company or you may terminate your employment at any time, for any reason, with or without cause or advance notice, and nothing in this letter should be construed to create a contract of employment for any specified term or to preclude your or the Company's ability to terminate the employment relationship at-will. You understand and acknowledge that the at-will nature of your employment with the Company may only be altered through a formal written agreement approved by the Chief Executive Officer of Sompo International Holdings Ltd.

**Other Matters**
By signing this letter below, you represent and agree that:

2



- You will continue to act solely in the best interest of your current employer so long as you remain employed there, including during any notice or garden leave period, and will not provide any services to the Company during that time.
- You are not subject to any agreement or obligation of any kind with any current or prior employer or other person or entity relating in any way to, or that would prevent or conflict with, your right or ability to be employed by and/or to fully perform all of your duties and services for the Company other than previously disclosed to the Company in writing, including but not limited to those that may be contained in long-term incentive agreements, deferred cash or restricted stock agreements, offer letters, employment agreements, restrictive covenants or non-competition agreements, or other similar documents.  To the extent you are subject to any such enforceable restrictions, you have and will abide by their terms.
- The Company has specifically instructed you not to copy, email, retain, bring to, disclose to or use in connection with your employment or potential employment with the Company any confidential or proprietary information from any current or prior employer or other person or entity, whether in electronic or hard copy form.
- You have not brought to, given, disclosed to, or used in connection with your potential employment with the Company any confidential or proprietary information from any prior employer or other person or entity to anyone at or representing the Company, whether in electronic or hard copy form.
- You will not retain or bring to, disclose to or use in connection with your employment or potential employment with the Company any confidential or proprietary information from any prior employer or other person or entity.
- During your employment with the Company and thereafter, you will not divulge, disclose or make any use thereof, directly or indirectly, personally or on behalf of any other person, business, corporation or entity, other than for the good faith performance of your duties as an employee of the Company, the trade secrets, inventions and other proprietary and confidential information acquired as a result of your employment with the Company or its affiliates (including all information defined as "Confidential Information" in the Confidential Information and Invention Assignment Agreement to be signed by you), except as authorized in writing by the Company.
- You are not subject to any agreement or obligation of any kind with any prior employer or other person or entity relating in any way to, or that would restrict or prevent, solicitation of current or former employees or customers/clients of such employer or entity, other than previously disclosed to the Company, including but not limited to those that may be contained in long-term incentive agreements, deferred cash or restricted stock agreements, offer letters, employment agreements, restrictive covenant or non-competition agreements, or other similar documents.  To the extent you are subject to any such restrictions, you have and will abide by their terms.
- All of the facts you have presented or will present to the Company in connection with your hiring and employment are accurate and true, including, but not limited to, all oral and written statements you have made to the Company pertaining to your education, training, qualifications, licensing, and prior work experience on any job application, resume, or c.v., or in any interview or discussion with the Company.

As a condition of your employment, you must: (a) sign the Confidential Information and Restrictive Covenants Acknowledgment you will receive with your new hire employment documents; (b) comply with all applicable policies and procedures of the Company and with all of your legal and/or contractual obligations to the Company in connection with your joining the Company; (c) sign the Confidential Information and Invention Assignment Agreement you will receive with your new hire employment documents and (d) complete an USCIS Form I-9, Employment Eligibility Verification and provide required appropriate supporting documentation.



This offer of employment is conditioned upon our completion of a background check and the results thereof being satisfactory to the Company.  In addition, the Company reserves the right to verify any information provided by you to the Company.  If at any time any information provided by you proves to be erroneous or misleading, the Company reserves the right to terminate this offer or your employment with the Company.

This offer contains the entire agreement and understanding between you and the Company regarding the subject matter herein and supersedes any previous agreement or offer between you and the Company, whether written or oral.  The Company may modify or revoke this offer at any time in writing.  This offer is of no further force or effect if not accepted in writing by you on or before **November 21, 2025**.

We are very enthusiastic about your joining the Sompo International team and believe you will find your employment at Sompo International very rewarding both personally and professionally.

Please indicate your agreement with the above terms by signing this letter. Please call me at **(908) 376-2467** if you have any questions.

Sincerely,


_____
**Jenna Appello**
**Recruiter, Talent Acquisition**

I hereby accept the offer of at-will employment with the Company pursuant to the terms and conditions contained in this letter and confirm the representations set forth above.


_____
**Jamie Wells**

4