IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PRO AG MANAGEMENT, INC.,

Plaintiff,

v.                                                              Case No.  26-2066-JWB

AGRISOMPO NORTH AMERICA, INC., et al.,

Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on Plaintiff's consent motion to seal or redact documents filed as part of a supplemental brief supporting its earlier motion for a temporary restraining order ("TRO").  (Doc. 34.)  The parties subsequently agreed to enter a Stipulated Order of Injunction.  (Doc. 25.)  Therefore, Plaintiff's original motion for a TRO is DENIED as moot.  (Doc. 7.)

Plaintiff's consent motion requests that "unredacted exhibits to the Second Declaration of Travis Greene" remain sealed as they contain "confidential customer/policyholder information."  (Doc. 34 at 1.)  These documents were filed as provisionally sealed exhibits regarding Plaintiff's supplemental brief in support of its motion for a TRO.  (Doc. 16.)  Plaintiff asserts that because of the nature of its industry, publication of these documents would violate federal law and result in harm to its business.  For these reasons the court GRANTS Plaintiff's motion to seal.  (Doc. 34.)

Additionally, Plaintiff filed a provisionally sealed complaint and motion for TRO at the inception of this case.  (Docs. 5, 7.)  Plaintiff has since notified the court it "withdraws" those provisionally sealed filings (Doc. 27 at 1) and has filed some of these documents publicly.  (Docs. 27, 28.)  Other documents have been replaced with notices that the document was "withdrawn".

1

2

Given this posture, the court seals the documents at (Docs. 5, 7) for the same reasons as explained above.

For the foregoing reasons, Plaintiff's motion to seal (Doc. 34) is GRANTED.  The clerk's office is directed to seal all documents at docket entries: 5, 7, and 16.

IT IS SO ORDERED.  Dated this 18th day of March, 2026.


s/ John W. Broomes
JOHN W. BROOMES
CHIEF UNITED STATES DISTRICT JUDGE

2